UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY R. FLORES,<br><br>Plaintiff,<br><br>v.<br><br>WELLS FARGO BANK, N.A., et al.,<br><br>Defendants. | No.  2:20-cv-01162-KJM-CKD PS<br><br>ORDER<br><br>ECF Nos. 4, 13 |

On September 30, 2020, the magistrate judge filed findings and recommendations, ECF No. 13, which were served on the parties and which contained notice that any objections to the findings and recommendations were to be filed within fourteen (14) days.  On November 9, 2020, despite receiving an extension of time to file objections, ECF No. 15, plaintiff filed untimely objections to the findings and recommendations, ECF No. 17, which have nevertheless been considered by the court.  Defendants also filed a response.  ECF No. 18.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this court has conducted a *de novo* review of this case.  Having reviewed the file, the court finds the findings and recommendations to be supported by the record and by the proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations (ECF No. 13) are ADOPTED IN FULL;

2. Defendants' motion to dismiss (ECF No. 4) is GRANTED;

1

3. Plaintiff's complaint is DISMISSED without leave to amend; and

4. The Clerk of Court is directed to close this case.

DATED: March 31, 2021.

_____
CHIEF UNITED STATES DISTRICT JUDGE